**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
BLUESTEM BRANDS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKI MAGEE, JR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS dba FINGERHUT; FINGERHUT,<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>[Sacramento County Superior Court Case No. 15SC03954]<br><br>Complaint Filed:　October 6, 2015<br>Trial Date:　November 10, 2015 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** defendant Bluestem Brands, Inc. ("Bluestem"), incorrectly named in the Complaint as "Bluestem Brands dba Fingerhut" and "Fingerhut," hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.   JURISDICTION**

1. Bluestem specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Ricki Magee, Jr. ("Plaintiff") alleges two causes of action arising under the laws of the United States. Specifically, Plaintiff asserts that Bluestem violated the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1601, *et seq.*

**B.   STATEMENT OF THE CASE**

2. On October 6, 2015, Plaintiff filed a Small Claims Complaint ("Complaint") in the Superior Court of the State of California for the County of Sacramento, designated as Case Number 1SC03954 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Bluestem in this case is attached hereto as *Exhibit A*.

3. Plaintiff asserts two causes of action in his Complaint against Bluestem. Those causes of action are: (1) violation of the Telephone Consumer Protection Act; and (2) violation of the Fair Debt Collection Practices Act.

**C.   BASIS FOR REMOVAL**

4. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges causes of action under the TCPA and FDCPA, which are laws of the United States.

5.      Specifically, Plaintiff's Complaint alleges that, "[u]nder the TCPA any unwanted calls gets [*sic*] a fine of $1500, they called me more than 60 times and also violated my rights under the FDCPA." Adjudication of Plaintiff's Complaint thus requires an analysis and construction of federal law. Accordingly, this Action may be removed to this Court by Bluestem pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the TCPA and FDCPA.

**D.     ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

6.      Removal of this action is timely.  Bluestem received service by mail of a copy of the Complaint in this action on October 20, 2015.  Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

7.      Bluestem is the only named Defendant in the action and therefore no consent of additional parties is required.

8.      Venue lies in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

9.      As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Bluestem from Plaintiff in the Action are attached hereto as *Exhibit A*.

10.     Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff.  Bluestem will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Sacramento.

//

//

1  **WHEREFORE** Bluestem prays that the above Action now pending against it in the Superior Court of the State of California, County of Sacramento, be removed therefrom to this Court.

DATED:  November 3, 2015        DOLL AMIR & ELEY LLP


                                By: */s/ Connie Y. Tcheng*
                                    CONNIE Y. TCHENG
                                    Attorneys for Defendant,
                                    BLUESTEM BRANDS, INC.