**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
BLUESTEM BRANDS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKI MAGEE, JR, <br><br> Plaintiff, <br><br> v. <br><br> BLUESTEM BRANDS dba FINGERHUT; FINGERHUT, <br><br> Defendants. | Case No. <br><br> **DEFENDANT BLUESTEM BRANDS, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** <br><br> [Sacramento County Superior Court Case No. 15SC03954] |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Local Rule 3-16, the undersigned counsel of record for Defendant Bluestem Brands, Inc. ("Bluestem"), incorrectly named in the Complaint as "Bluestem Brands dba Fingerhut" and "Fingerhut," certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The nongovernmental corporate party, Defendant Bluestem Brands, Inc., is wholly owned by Northstar Holdings, Inc., which is wholly owned by Bluestem Group, Inc.
2. Plaintiff Ricki Magee, Jr.

DATED: November 3, 2015          DOLL AMIR & ELEY LLP

By: _/s/ Connie Y. Tcheng_____
    CONNIE Y. TCHENG
Attorneys for Defendant,
BLUESTEM BRANDS. INC.